UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24CR0396 SEP ) ) |
| VENERA ISABELLE DUMITRU, | ) ) |
| Defendant. | ) ) |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>**

Assistant Federal Public Defender Tara Crane enters her appearance as appointed counsel of record for the Defendant Venera Isabelle Dumitru, replacing Assistant Federal Public Defender William K. Chapman-Kramer and all other counsel who previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Tara Crane
TARA CRANE    52206 MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Tara_Crane@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 8/27/2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Tara Crane
TARA CRANE   52206 MO