# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24-CR-396-SEP-JSD |
| | ) |
| LAURENTIU MIGUEL IVAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's First Motion to Continue the Pretrial Motion Deadline (ECF No. 60) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File Out of Time (ECF No. 59) is **GRANTED**.

**IT IS FINALLY ORDERED** that Defendant is granted up to and including **Wednesday, November 6, 2024**, in which to file pretrial motions or a waiver of such motions. The Government shall have until **Wednesday, November 20, 2024**, in which to respond to any motions filed by Defendant.

For the reasons set out in Defendant's motion, the undersigned finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting Defendant's requests for additional time outweigh the

best interest of the public and Defendant in a speedy trial, the additional time is granted to Defendant to investigate and prepare pretrial motions, or a waiver notice and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FINALLY ORDERED** that a pretrial motion hearing date will be set at a later date, if necessary.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of October, 2024.