# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24CR396SEP |
| LAURENTIU MIGUEL IVAN, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this case is set for change of plea hearing on **March 13, 2025, at 9 a.m.** in the courtroom of the undersigned.

Dated this 3rd day of March, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE